Wilmington Sav. Fund Socy., FSB v Azzani (2025 NY Slip Op 06218)

Wilmington Sav. Fund Socy., FSB v Azzani

2025 NY Slip Op 06218

Decided on November 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
LINDA CHRISTOPHER
CARL J. LANDICINO
JAMES P. MCCORMACK, JJ.

2022-10107
 (Index No. 518173/20)

[*1]Wilmington Savings Fund Society, FSB, etc., appellant, 
v
Mohamed Azzani, etc., respondent, et al., defendants.

Friedman Vartolo LLP, New York, NY (Ronald P. Labeck of counsel), for appellant.
Petroff Amshen LLP, Brooklyn, NY (Steven Amshen and James Tierney of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the plaintiff appeals from an order of the Supreme Court, Kings County (Larry D. Martin, J.), dated September 14, 2022. The order granted the motion of the defendant Mohamed Azzani for summary judgment dismissing the complaint insofar as asserted against him.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see Wilmington Sav. Fund Socy., FSB v Azzani, ___ AD3d ___ [Appellate Division Docket No. 2024-01282; decided herewith]).
CHAMBERS, J.P., CHRISTOPHER, LANDICINO and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court